# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

132942

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

———————————————————————

IN RE PAIGE RENEE HANSON and
JESSE LARS HANSON, Minors.

———————————————————————

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
        Petitioner- Appellee,

v

                                          SC: 132942
                                          COA: 271110
                                          Oakland CC
                                          Family Division: 2004-694210-NA

MARK HANSON,
        Respondent-Appellant.

———————————————————————/

      On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

_____
Clerk

s0130